**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:05CR65 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Robbie Douglas Potter | ) | |
| Defendant(s) | ) | |

A hearing was conducted on November 15, 2005, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Robbie Douglas Potter and his counsel, Dennis Terez appeared. A report and recommendation was filed on November 4, 2005. The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a period of Six (6) Months and upon release from confinement the defendant's supervision will continue with the same conditions as previously ordered.

November 16, 2005                               *s/David D. Dowd, Jr.*
   Date                                          DAVID D. DOWD, JR.
                                                 U. S. DISTRICT JUDGE